**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:16-CV-201-RLV-DCK**

| | |
|---|---|
| ETHEL BROWN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| INSPIRATION FOR ASPIRATIONS, LLC, | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 19) notifying the Court that the parties reached a settlement on August 4, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 31, 2017**.

    **SO ORDERED**.

Signed: August 8, 2017

David C. Keesler
United States Magistrate Judge